# Offender Disciplinary Report

**Date of Report:** [illegible]
☒ Disciplinary ☐ Investigative

**Facility:** [illegible]

**Offender Name:** Kellman, Steven
**ID #:** R05559

**Observation Date:** 2-23-17 **Approximate Time:** 40 ☐ a.m. ☒ p.m. **Location:** R-1 Foyer

**Offense(s): DR 504:** 102 Assaulting Any Person ___ [illegible]

**Observation:** (NOTE: Each offense identified above must be substantiated.)

On the above date and approximate time, on the 1st shift in R-1 Foyer as I/m Kellman R05559 was coming off R-1 B-wing stating "I'm going to fuck someone up if I don't see the nurse". I, now this Sgt ordered I/m Kellman R05559 to turn around and cuff up. I/m Kellman R05559 refused assuming a right handed boxer stance. A aimed burst of OC to gain compliance of I/m Kellman R05559 was administered. I/m Kellman R05559 grabbed a [illegible] then [illegible] to the ground. I/m Kellman R05559 was taken to the floor by this Sgt and placed in restraints for safety/security. I/m Kellman R05559 was [illegible]

**Witness(es):** ID by his state issued ID card

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

**Reporting Employee (Print Name):** McGarrett **Badge #:** 10095 **Signature:** [signature] **Date:** 2-23-17 **Time:** 1:00 ☐ a.m. ☒ p.m.

## Disciplinary Action:

**Shift Review:** ☒ Temporary Confinement ☐ Investigative Status **Reasons:** NATURE OF OFFENSE

**Printed Name and Badge #:** Fishel 684 **Shift Supervisor's Signature:** [signature] **Date:** 2-23-17
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☒ Confinement reviewed by Reviewing Officer **Comment:** [illegible]
☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

**Print Reviewing Officer's Name and Badge #:** Major Fundel 565 **Reviewing Officer's Signature:** [signature] **Date:** 2.23.17

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only)

**Print Hearing Investigator's Name and Badge #:** ___ **Hearing Investigator's Signature:** ___ **Date:** ___

### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign

**Offender's Signature:** [signature] **ID#:** [signature]

**Serving Employee (Print Name):** ___ **Badge #:** ___ **Signature:** ___
**Date Served:** ___ **Time Served:** ___ ☐ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

**Offender's Signature:** ___ **ID#:** ___

--- --- --- --- --- --- --- --- --- ---

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

**Date of Disciplinary Report:** ___ **Print offender's name:** ___ **ID#:** ___

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: ___

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: ___

Page ___ of ___

**Distribution:** Master File, Offender, Facility (2)

Printed on Recycled Paper

DOC 0317 (Rev. 2/2007)

Housing Unit: _____ Bed #: _____

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

EXHIBIT B-1

Date: On or about 4-17-17
Offender: (Please Print) Steven Kellmann
ID#: R05559
Present Facility: Pontiac
Facility where grievance issue occurred: Western IL CC

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [x] Other (specify): Assault & Battery

- [ ] Disciplinary Report: ___/___/___  Date of Report  _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On February 23, 2017, Grievant was an inmate at Western IL CC in Mt. Sterling, IL. At approx. 1230hrs Grievant was standing at the exit door of R-1-B, awaiting a chance to speak with the counselor. Typically the units alternate who sees her in the office located in the interlock, i.e., B-wing, then C-wing, then B-wing, etc. Grievant noticed more than one inmate had been seen by the counselor so Grievant pushed the button to communicate with the c/o in the interlock. (Names of all c/os are unknown at time of filing) The interlock c/o spoke to Grievant through the speaker system saying, "If you weren't a dumb-ass you'd have heard the doorlock activate to open and you'd seen the counselor already" →

Relief Requested: Names of all staff involved from 1230hrs until I was transferred to Pontiac on 2-28-17. Those same individuals to apologize, be reprimanded and to enter into Legal Mediation voluntarily. Any and all video & documents to be preserved and turned over.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.
- [ ] Check if this is NOT an emergency grievance.

Offender's Signature: _[signed]_   ID#: R05559   Date: on or about 4/17/17

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name   Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature   Date

Distribution: Master File; Offender   Page 1   DOC 0046 (1/2018)

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

EXHIBIT B2

I stepped into the interlock calmly and said, "Hey, there's no need to call names." At which point a female c/o stepped to me and said, "Get back on the deck." I said, "Fuck you, bitch!" She said "Give me your ID", and I told her no. At that time the Sgt. & c/o walked into the cellhouse. The total count of c/os was at least four, two male, two female, and one in the interlock. The Sgt. told me to cuff up and I put my arms into a right-handed boxer's stance saying, "I'm not cuffing up for shit until I see the counselor!" The Sgt. administered a burst of OC spray directly to my eyes. As he kept spraying I grabbed a chair to deflect the spray and said, "Okay! Okay! I quit! It was over before it started." I was told to get on the floor. A female c/o from my right side grabbed my arm and aided me to the ground. I kept saying I was, "Sorry, I don't know what I was thinking." I was cuffed and being knelt on by many c/os. Then I was walked approx. 100 yds to seg from R-1-B. I was taunted, insulted, made to trip a couple times. At the seg entrance I was purposely thrown down. There immediately came a plethora of punches, kicks, insults. I was crying and begging them to stop. "Stop! I'm sorry. I think you broke my nose!" Then a boot smashed my face into the concrete and I felt my teeth and maxilla shatter. They picked me up after approx. 30 sec. of terror and pain then continued to slam my face into each door jamb (4, from memory) as I begged for mercy. I was so scared for my life that I kept telling everyone from that point forward that I tripped and fell, that's why my nose was bleeding. When Springfield sent an External Investigator to St. John's Hospital on the Monday, Feb 27, 2017, day of my reconstructive surgery, there were two Western IL CC officers present so I declined to answer questions out of fear of Round 2. He told me he'd be back. Today is March 9, 2017, and I haven't seen anyone. I fear for my life and my safety. I was handled excessively, assaulted, insulted, violently attacked and then intimidated and now I know I must speak up. I spent 3 wks. fearing to file a grievance and being retaliated upon but my gut told me I must. — End of Grievance!

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

May 3, 2017

Steven Kellmann
Register No. R05559
Pontiac Correctional Center

Dear Mr. Kellmann:

This is in response to your grievances received on March 27 and April 14, 2017, regarding Staff Conduct (unidentified Correctional Officers, Sergeant, excessive force, 2/23/17), which was alleged to have occurred at Western Illinois Correctional Center. This office has determined the issue will be addressed without a formal hearing.

Offender Kellmann grieves on February 23, 2017 he was standing at the exit door to speak to the Counselor in R-1-B wing. He grieves the "interlock" correctional officer spoke to him throught he speaker system stating "if you weren't such a dumbass you'd have heard the door lock activate to open and you'd have seen her already". He states he replied "there is no need to call names". He alleges the Correctional Officer stated "get back on the deck" and he replied "fuck you, bitch". He states at that time the Sergeant walked in to the cellhouse with another Correctional Officer. He self reports he took a boxer stance and stated he refused to cuff up. He states the Sergeant administered OC spray and kept spraying it. He states he grabbed a chair to block the spray and stated "ok, I quit". He alleges staff then cuffed him and walked him to segregation. He alleges he was punched, kicked, thrown down. He states he told staff they had broke his nose and begged them to stop. He alleges his face was slammed into the door. He states when he was interviewed by Springfield staff he declined to answer out of fear.

This office notes Offender Kellmann was issued a disciplinary report dated 2/23/17 for 601.102 –Attempt to Assault Staff. Based on incident reports offender was seen by healthcare staff and sent out for treatment following the incident. This office contacted Central Investigations staff who indicated Offender Kellmann's allegations were reviewed and found to be unsubstantiated.

Based on a total review of all available information, it is recommended the grievance be denied. Offender Kellmanns allegations were reviewed by Central Investigations and found to be unsubstantiated.

FOR THE BOARD: _Sarah Johnson_
Sarah Johnson
Administrative Review Board
Office of Inmate Issues

CONCURRED: _John R. Baldwin_
John R. Baldwin
Acting Director

cc: Warden, Pontiac Correctional Center
Steven Kellmann, Register No. R05559

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

EXHIBIT C

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** KELLMANN, STEVEN F    **IDOC Number:** R05559    **Race:** WHI
**Hearing Date/Time:** 3/23/2017  01:30 PM    **Living Unit:** MEN-E-09-19    **Orientation Status:** N/A
**Incident Number:** 201700335/3 - WIL    **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/23/2017 | 201700335/1-WIL | GARRETT, MICHAEL M | R1 HOUSE FOYER AREA | 12:40 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 601.Attempt/102 | Assaulting Any Person - Staff | Guilty |
| | Comments: tried fight staff/ swinging chair @staff | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

No Witness Requested

### RECORD OF PROCEEDINGS
Charges read. I/M plead guilty. I grabbed the chair to block the OC. I was not trying to hit anybody with the chair. That is what happened, just like it says. This summary is being correct per ARB for corrected data. The original summary 201700335/1/2 was missing the the 601 attempting /102.

### BASIS FOR DECISION
Writing employee reports in ODR that I/M Kellmann R05559 was observed coming off his assigned wing, R1B wing, yelling "I'm gonna fuck someone up if I don't see the counselor right now" I/M Kellmann was ordered to cuff up and refused, then assumed a right handed fighting stance. OC was administered to gain compliance. I/M Kellmann the grabbed a plastic chair and began to swing it around in the foyer with staff present. I/M Kellmann was taken to the floor by staff, placed in restrains and escorted to segregation.
I/M was Identified by state ID.
I/M admits to grabbing the chair and swinging it around. I/M Kellmann stated it hapned just like the ticket says.

### DISCIPLINARY ACTION (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 6 Months C Grade | 6 Months C Grade |
| 6 Months Segregation | 6 Months Segregation |
| Revoke GCC or SGT 6 Months | Revoke GCC or SGT 6 Months |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:** Nature of Offense

### Signatures
**Hearing Committee**

KESSINGER, STEVEN D - Chair Person    03/23/17    WHI
    Signature    Date    Race
GIVENS, HAROLETTA    03/23/17    BLK
    Signature    Date    Race

Recommended Action Approved

**Final Comments:** N/A

Exhibit D

Run Date: 10/4/2017 13:07:23    Page 1 of 2

Report Created: 02/23/17 2017   FAIRFAX,LINDSAY M MD                     Page 2        *Exhibit E*

## Objective-Trauma
**Vital Signs**

Vital Signs

| Date Time | Temp | Pulse | Resp | B/P | Pulse Ox | O2 Delivery | O2 Flow Rate | FiO2 |
|---|---|---|---|---|---|---|---|---|
| 2/23/17 19:15 | 36.60 | 102 | 17 | 131/97 | 100 | Room Air | | |

**Weight (Kilograms):** 108.8
**Weight (Calculated Kilograms):** 108.8
**O2 Sat (%):** 100
**Supplemental O2:** None
**General Appearance:** Positive For:: No Apparent Distress
**Sedation:** No Sedation
**Mental Status:** Positive For:: Appropriate Mood/Affect, Calm
**Head:** Positive For:: Other (swelling and ecchymosis across midface, periorbital ecchymosis L eye. old blood in nares. hemostatic)
**EYE:** EOMI Other (R eye assessed. L eye unable to assess with swelling/pain) PERRL
**ENT:** Moist Mucosal Membranes Normal Auditory Acuity Other (right ear with ecchymosis and swelling)
**Chest:** Airway Patent Breath Sounds Equal Lungs Clear-Auscultation No Accessory Muscle Use No Respiratory Distress
**Heart:** Positive For:: No Murmur, Regular Rate/Rhythm
**Abdominal:** Positive For:: Non-Tender, Soft
**Vascular:** Positive For:: Normal Capillary Refill, Normal Peripheral Pulses
**Musculoskeletal:** Positive For:: Other (L elbow pain with active ROM), Pelvis Stable   *[handwritten: Should be R-elbow]*
**Spine:** NL: C-Spine, L/S Spine, T-Spine
**Movement:** Moves: LLE, LUE, RLE, RUE
**ROM:** Normal ROM: LLE, LUE, RLE, RUE
**Skin:** Positive For:: Ecchymosis, Warm/Dry
**Results/Impressions**
CT brain, cspine negative

CT face
Findings:
There are bilateral minimally displaced nasal bone fractures, left greater than right. There is a fracture extending through the left nasolacrimal canal. There are minimally displaced orbital rim/inferior orbital plate fractures bilaterally. There are fractures extending through the medial, lateral, inferior, and anterior walls of the maxillary sinuses bilaterally. The fractures do not appear to extend through the alveolar ridge. There are bilateral pterygoid plate fractures. There is no apparent fracture of the zygomatic arches. The mandible is intact. The anterior- inferior cranial floor is intact. There is no pneumocephalus seen.. There is hemorrhage within the maxillary sinuses bilaterally. There is a small amount of layering fluid within the sphenoid sinuses. There is no apparent fracture extending through the sphenoid sinus lamina. There is a small amount of layering fluid within the anterior ethmoid air cells and the frontal sinus air cells. The mastoid air cells are clear. The orbits appear within normal limits.

IMPRESSION:
1. Bilateral LeFort I and LeFort II fractures.
2. Nasal bone fractures.

### A/P-Trauma
**Diagnosis/Treatment**
37 yo M, face/head injury

---

Report#: 0223-1136   Report Dept: MR   Report Mnemonic: PD.THP
NAME: KELLMAN,STEVEN   ACCT#: Y00001985301   MR#: MA01441595