UNITED STATES DISTRICT
COURT CENTRAL DISTRICT
SPRINGFIELD, DIVISION

Steven Kellmann #R05559
Plaintiff,
v.
John R. Baldwin, et al.
Defendants

No 18-cv-3242

SCANNED AT MENARD and E-mailed
5-2-19 by SL 3 pages
date   initials   No.

MOTION FOR PERMISSION
TO ENTER PROPERTY FOR EXAM.
MEASURE AND INSPECT - REQUEST
FOR COURT'S POWER TO
FACILITATE MOTION

Pursuant to Fed.R.Civ.P 34 this plaintiff prays this Honorable Court will aid and assist the plaintiff in obtaining pre-trial discovery information that can only be gained by the plaintiff entering onto land and photographing,

PAGE 1

measuring, examining and inspecting.
1. Plaintiff is a pro se inmate incarcerated at Menard Correctional Center
2. Plaintiff needs permission and/or an order granting his person to be transported to Western Illinois Correctional Center, Mt. Sterling, IL. (Western)
3. Plaintiff cannot request the transportation nor equipment needed from Defendants as Defendants encounter a conflict of interest and do not have the power to grant corpus writ
4. Plaintiff needs to measure areas in the cell house at Western.
5. Plaintiff needs to locate and establish workings of any and all video and audio recording devices located at Western
6. Plaintiff needs to inspect clothes, handcuffs, and O.C. sprayers and spray located at Western
7. Plaintiff needs to be transported with a guarded escort as he is a

‍

prisoner of the Illinois Dept. of Corrections
8. Plaintiff needs access to and use of photographing and measuring equipment that are typically banned in prisons
9. Plaintiff's Motion for Appointment of Counsel was granted in November of 2018.
10. Plaintiff would not need to seek the Court's help if an attorney were provided.

Wherefore Plaintiff prays this court will grant this motion and facilitate Plaintiff's attempts to obtain key, pertinent evidence that will weigh heavy in Plaintiff's favor, and without would leave a jury confused and unable to adjudicate effectively.

1 May 2019

Steven F. Kelllman # R05579
Plaintiff, pro se
P.O. Box 1000
Menard, IL 62259

PAGE 3