E-FILED
Thursday, 16 May, 2019  09:11:51 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| STEVEN F. KELLMANN, #R-05559 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-3242 |
| | ) | |
| JOHN R. BALDWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

NOW COMES Kwame Raoul, Attorney General of the State of Illinois, by Kathryn Boyle,

Assistant Attorney General, State of Illinois, and hereby enters her appearance as counsel on behalf

of Defendant, ALEX BANTA, in the above cause.

Respectfully submitted,

ALEX BANTA,

Defendant,

KWAME RAOUL, Attorney General,
State of Illinois

Kathryn Boyle, #6329471                        Attorney for Defendant,
Assistant Attorney General
500 South Second Street             By:  s/ Kathryn Boyle
Springfield, IL  62706                        Kathryn Boyle
Phone: (217) 785-4555                        Assistant Attorney General
Fax:    (217) 782-8767
Email:  kboyle@atg.state.il.us &
        gls@atg.state.il.us

1

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| STEVEN F. KELLMANN, #R-05559 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18-3242 |
| | ) | |
| JOHN R. BALDWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2018, the foregoing document, Notice of Appearance, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Steven F. Kellmann, #R-05559
Menard Correctional Center
Inmate Mail/Parcels
PO Box 1000
Menard, IL  62259

Respectfully Submitted,

s/ Kathryn Boyle
Kathryn Boyle, #6329471
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
Phone: (217) 785-4555
Fax: (217) 782-8767
E-Mail:  kboyle@atg.state.il.us

2