IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN F. KELLMANN, #R-05559 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN R. BALDWIN, et al., )<br>)<br>Defendants. ) | No. 18-3242-SEM-TSH |

## **DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT**

NOW COME, Defendants, JON WESSEL, JAMIE BERGHAUS, and ALEX BANTA, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and hereby file their Answer and Affirmative Defenses to Plaintiff's Complaint (Doc. 1) pursuant to the Court's Merit Review Order (Doc. 9), stating as follows:

### **ALLEGATIONS ENUMERATED IN COURT MERIT REVIEW OPINION[1]**

Pursuant to a review of the Complaint, the Court finds that Plaintiff states the following Eighth Amendment claims:

1. Plaintiff alleges that, while incarcerated on February 23, 2017 in Western Illinois Correctional Center, he initially refused an order to "cuff up", taking a boxer's stance. Mace was applied, and Plaintiff grabbed a plastic chair to defend himself, unable to see because of the mace. Plaintiff allegedly then reconsidered and agreed to comply with all orders, apologizing for his behavior. Three officers then escorted Plaintiff to an entry way in the segregation building where he was allegedly severely beaten by the three officers while Plaintiff begged and cried. Plaintiff's teeth were broken along with other facial bones that required surgery. At the time, Plaintiff allegedly told officials that he had fallen out of fear for his life. Plaintiff cannot currently identify

---
[1] See Local Rule 16.3(E)(2)

the three officers who allegedly beat him because the mace in Plaintiff's eyes prevented him from seeing.

**ANSWER:** Defendants deny the allegations and denies that they violated Plaintiff's rights under the Eighth Amendment. Defendants further deny any violation of Plaintiff's constitutional violations.

## JURY DEMAND

Defendants demand a trial by jury in this matter.

## RELIEF REQUESTED

Defendants deny that Plaintiff is entitled to any relief whatsoever.

## AFFIRMATIVE DEFENSES

### A. Sovereign Immunity

Plaintiff's claims for monetary damages against the Defendants in their official capacities are barred by the doctrine of sovereign immunity under the Eleventh Amendment.

### B. Qualified Immunity

At all times relevant herein, the Defendants acted in good faith in the performance of their official duties and without violating the Plaintiff's clearly-established statutory or constitutional rights of which a reasonable person would have known. The Defendants are therefore protected from suit by the doctrine of qualified immunity.

### C. *Heck v. Humphrey*

Plaintiff is barred from seeking damages in a civil rights suit if the judgment would imply the invalidity of his conviction or sentence or of action taken in prison disciplinary proceedings which resulted in the deprivation of good conduct credits. *Heck v. Humphrey*, 512 U.S. 477, 487 (1994); *see also Edwards v. Balisok*, 520 U.S. 641 (1997); *Gilbert v. Cook,* 512 F.3d 899 (7th Cir.

2008). Plaintiff asserts facts that necessarily imply the invalidity of discipline resulting in the loss of good credit time and, therefore, he is barred from making those assertions.

WHEREFORE, for the above and foregoing reasons, the Defendants respectfully request that this Court deny the Plaintiff's requested relief and enter for Defendants.

Respectfully submitted,

JON WESSEL, JAMIE BERGHAUS, and ALEX BANTA.

Defendants,

KWAME RAOUL, Illinois Attorney General,

Attorney for Defendants,

By: /s/ Kathryn Boyle
Kathryn Boyle, #6329471
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
(217) 785-455 Phone
(217) 782-8767 Fax
E-Mail: kboyle@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN F. KELLMANN, #R-05559 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-3242-SEM-TSH |
| | ) |
| JOHN R. BALDWIN, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, the foregoing document, ***Defendants' Answer and Affirmative Defenses to Complaint***, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

NONE

and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Steven F. Kellmann, #R-05559
Menard Correctional Center
Inmate Mail/Parcels
PO Box 1000
Menard, IL  62259

Respectfully Submitted,

s/ Kathryn Boyle
KATHRYN BOYLE, #6329471
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
P: (217) 785-4555 | F: (217) 782-8767
E-Mail:  kboyle@atg.state.il.us