IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| STEVEN F. KELLMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:18-CV-03242-SEM-TSH |
| v. | ) | |
| | ) | The Honorable Sue E. Myerscough |
| JOHN R. BALDWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned is admitted or otherwise authorized to practice in this court, and hereby enters an appearance in this case as counsel for Plaintiff, Steven Kellmann.

Respectfully Submitted,

By:   <u>/s Jalexus M. Osborne</u>
Jalexus M. Osborne
University of Illinois College of Law
Federal Civil Rights Clinic, Rm. 241
504 E. Pennsylvania Avenue
Champaign, IL 61820
(217) 333-9847
jmosbor2@illinois.edu

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| STEVEN F. KELLMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:18-CV-03242-SEM-TSH |
| v. | ) | |
| | ) | The Honorable Sue E. Myerscough |
| JOHN R. BALDWIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2020, I filed an electronic copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send notice of the same to Defendants' attorney below:

Kathryn E. Boyle
Office of the Attorney General - Springfield
500 S. Second Street
Springfield, Illinois 62701
(217) 782-8767
Fax: (217) 782-8767
kboyle@atg.state.il.us

By:   /s Jalexus M. Osborne
Jalexus M. Osborne
University of Illinois College of Law
Federal Civil Rights Clinic, Rm. 241
504 E. Pennsylvania Avenue
Champaign, IL 61820
(217) 333-9847
jmosbor2@illinois.edu